CC TO JUDGE KN
FILED ENTERED
LODGED RECEIVED
OCT 3 0 2002 KN
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

CV 02-2184 #2

The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JOEL HODGELL and ED KONEK, <br><br> Plaintiffs, <br><br> vs <br><br> SAMSON DISTRIBUTING, INC., SDI, LEGALSTEROIDS COM and SDI-LABS COM, <br><br> Defendants. | NO. C02-2184P <br><br> **VERIFICATION OF COUNSEL IN SUPPORT OF REMOVAL** |

Pursuant to a request by the clerk of the court in its October 25, 2002 letter to counsel, Defendants hereby verify that the state court records and proceedings filed with the removal documents were true, correct and complete copies.

DATED this 29th day of October 2002.

Respectfully Submitted,

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

By: _____
Derek A Newman, WSBA No 26967
Roger Townsend, WSBA No 25525
Attorneys for Defendants

1001 Fourth Avenue, Suite 2560
Seattle, Washington 98154
(206) 624-6334 phone
(206) 624-6348 fax

VERIFICATION OF COUNSEL
IN SUPPORT OF REMOVAL - 1

**ORIGINAL**

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
1001 Fourth Avenue Plaza, Suite 2560
Seattle, Washington 98154
phone (206) 624-6334
fax (206) 624-6348