```
                    LODGED _____ RECEIVED

                    DEC 30 2002

                  AT SEATTLE
            CLERK U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOEL HODGELL and ED KONEK, | |
| Plaintiffs, | No. C02-2184Z |
| v. | |
| SAMSON DISTRIBUTING, INC., SDI, LEGALSTEROIDS.COM and SDI-LABS.COM, | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  Defendants' Samson Distributing Inc., SDI, Legalsteroids.com and SDI-LABS.com, motion to dismiss for lack of personal jurisdiction, docket no. 3, is DENIED. Because defendants were put on notice that they were sending spam to plaintiff in Washington and were also informed that the spam may be in violation of Washington law, and because defendants continued to send spam to plaintiff, the Court has jurisdiction to consider the merits of plaintiff's complaint. See Order dated December 20, 2002, entered in the related case of Hodgell v. Memolink, Inc., et al., C02-2183Z, which is incorporated herein by reference.

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this ____ day of December, 2002.

BRUCE RIFKIN, Clerk

By _____
Deputy Clerk

MINUTE ORDER  -1-