CC TO JUDGE
CV 02 02184 #00000035

The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JOEL HODGELL and ED KONEK,<br><br>Plaintiffs,<br><br>v<br><br>SAMSON DISTRIBUTING, INC , SDI, LEGALSTEROIDS COM and SDI-LABS COM<br><br>Defendants | NO C02-2184Z<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [Fed. R. Civ. P. 41(1)(ii)]** |

WHEREAS, the instant action was filed on September 25, 2002 in the Superior Court for King county,

WHEREAS Defendants Samson Distributing, Inc , SDI, LEGALSTEROIDS COM and SDI-LABS COM ("Defendants") filed a notice of removal on October 22, 2002, and removed the action to this Court,

WHEREAS, Plaintiffs Joel Hodgell and Ed Konek, and Defendants have executed a "Settlement Agreement and General Release of Claims" (the "Agreement") and have fully and finally settled all claims and disputes between them arising out of the instant action, and

//
//
//

STIPULATION OF DISMISSAL WITH PREJUDICE
C02-2184Z - Page 1

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
1001 Fourth Avenue Plaza, Suite 2560
Seattle, Washington 98154
phone (206) 624-6334
fax (206) 624-6348

ORIGINAL

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the instant action should be dismissed with prejudice

DATED this __ day of March, 2003

                                             **NEWMAN & NEWMAN,**
                                             **ATTORNEYS AT LAW, LLP**

By _____
      Derek A. Newman, WSBA No. 26967
      Roger Townsend, WSBA No. 25525

1001 Fourth Avenue Plaza, Suite 2500
Seattle, Washington 98154
(206) 624-6334 phone
(206) 624-6348 fax

Attorneys for Defendants

DATED this 12 day of March, 2003

                                             **LAW OFFICES OF DIETRICH BIEMILLER**

By _____
      Dietrich Biemiller, WSBA #32171
      D. Michael Tomkins, WSBA #4979

LAW OFFICES OF DIETRICH BIEMILLER
8420 Dayton Avenue North
Seattle, Washington 98103-4227
(206) 547-1000 phone
(206) 297-5990 fax

Attorneys for Plaintiffs

STIPULATION OF DISMISSAL WITH PREJUDICE
C02-2184Z - Page 2

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
1001 Fourth Avenue Plaza, Suite 2560
Seattle, Washington 98154
phone (206) 624-6334
fax (206) 624-6348

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of March, 2003, I caused the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(1)(ii); PROPOSED ORDER OF DISMISSAL WITH PREJUDICE; AND CERTIFICATE OF SERVICE** to be served via the methods listed below on the following parties

**Via ABC Legal Messenger to:**

**Dietrich Biemiller, Esq.
Law Offices Dietrich Biemiller
8420 Dayton Avenue N.
Seattle, WA 98103**

I declare under penalty of perjury under the laws of the United States and the State of Washington that the forgoing is true and correct and that this declaration was executed on March 18th, 2003, at Seattle, Washington

*DIANA AU*
Diana Au