The Honorable Thomas S. Zilly

MAR 21 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CV 02-02184 #00000036

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL HODGELL and ED KONEK,

Plaintiffs,

v

SAMSON DISTRIBUTING, INC., SDI, LEGALSTEROIDS COM and SDI-LABS COM

Defendants

NO   C02-2184Z

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, the instant action was filed on September 25, 2002 in the Superior Court for King county,

WHEREAS Defendants Samson Distributing, Inc., SDI, LEGALSTEROIDS COM and SDI-LABS COM ("Defendants") filed a notice of removal on October 22, 2002, and removed the action to this Court, and

WHEREAS, Plaintiffs Joel Hodgell and Ed Konek, and Defendants have executed a "Settlement Agreement and General Release of Claims" (the "Agreement") and have fully and finally settled all claims and disputes between them arising out of the instant action

//
//
//

[PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE
C02-2184Z - Page 1

ORIGINAL

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
1001 Fourth Avenue Plaza, Suite 2560
Seattle, Washington 98154
phone (206) 624-6334
fax (206) 624-6348

1 THEREFORE, the Court hereby DISMISSES the instant action with prejudice.

DATED this 20 day of March, 2003

By _____
HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by    NEWMAN & NEWMAN,
                ATTORNEYS AT LAW, LLP

         By _____
            Derek A. Newman, WSBA No. 26967
            Roger Townsend, WSBA No. 25525

            1001 Fourth Avenue Plaza, Suite 2500
            Seattle, Washington 98154
            (206) 624-6334 phone
            (206) 624-6348 fax

            Attorneys for Defendants

[PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE
C02-2184Z - Page 2

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
1001 Fourth Avenue Plaza, Suite 2560
Seattle, Washington 98154
phone (206) 624-6334
fax (206) 624-6348